**Fill in this information to identify the case:**

Debtor 1            Kimika R. Ward

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:   Northern          District of   FL
                                                                         (State)

Case Number   17-40358-KKS

Official Form 410S1
**Notice of Mortgage Payment Change**                                                    12/15

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.** See Bankruptcy Rule 3002.1.

**Name of Creditor:** TIKI PROPERTIES IV, LLC

**Court claim no.** (if known): 3

**Last four digits** of any number you use to identify the debtor's account: **4960**

**Date of payment change:**           03/01/2020
Must be at least 21 days after date of this notice

**New total payment:**            $ 805.74
Principal, interest, and escrow, if any

---

**Part 1: Escrow Account Payment Adjustment**

**Will there be a change in the debtor's escrow account payment?**

☐ No

☒ Yes    Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why:

**Current Escrow Payment**: $ 193.13          **New Escrow Payment:** $ 192.50

---

**Part 2: Mortgage Payment Adjustment**

**Will the debtor's principal and interest payment change based on an adjustment to the interest rate in the debtor's variable-rate note?**

☒ No

☐ Yes    Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why:

Current Interest Rate:                                   New Interest Rate:

Current Principal and Interest Payment:                  New principal and interest payment:

---

**Part 3: Other Payment Change**

**Will there be a change in the debtor's mortgage payment for a reason not listed above?**

☒ No

☐ Yes    Attach a copy of any documents describing a basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

Reason for Change:

Current Mortgage Payment:                                New Mortgage Payment:

Debtor 1 Kimika R. Ward
First Name   Middle Name   Last Name

Case number (if known) 17-40358-KKS

**Part 4: Sign Here**

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this Supplement applies.

Check the appropriate box.

☐ I am the creditor.     ☒ I am the creditor's authorized agent.
(Attach copy of power of attorney, if any.)

I declare under penalty of perjury that the information provided in this claim is true and correct and to the best of my knowledge, information, and reasonable belief and is specifically based upon the Creditor's pre-filing verification and approval of the content of this notice of payment change.

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

/s/   Nicole Mariani Noel
Signature

Date January 15, 2020
mm/dd/yyyy

**Print:** Nicole Mariani Noel

Title: Attorney

Company Kass Shuler, P.A.

Address 1505 N. Florida Ave.
Tampa, FL  33602-2613

Contact phone (813) 229-0900

Email nmnoel@kasslaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT a true and correct copy of the foregoing was furnished on January 15, 2020, by U.S. Mail and/or electronic mail via CM/ECF to: Kimika R. Ward, 89 E. Vencent Dr, Midway, FL 32343; India Footman indiafootman@footmanlaw.com; Leigh D. Hart, Trustee ldhecf@earthlink.net.

/s/ Nicole Mariani Noel
Nicole Mariani Noel (x1343)

1664134B/mlh